SUSAN A. ROGERS, Respondent, *v.* THE VILLAGE OF SANDY HILL et al., Appellants.

(Argued November 27, 1883; decided December 11, 1883.)

THIS action was brought to vacate an assessment and to restrain its collection.

The amount of the assessment was $218.70.

The court say : " The action does not affect the title to real property, or an interest therein. We have, therefore, no jurisdiction to hear this appeal under sections 190 and 191 of the Code. The case of *Nichols* v. *Voorhis* (74 N. Y. 28) is precisely in point. (See, also, *Wheeler* v. *Scofield*, 67 id. 311 ; *Petrie* v.

*Adams*, 71 id. 79; *Scully* v. *Sanders*, 77 id. 598.) The appeal should be dismissed."

*H. Northrup* for appellants.

*James C. Rogers* for respondent.

EARL, J., reads mem. for dismissal of appeal.
All concur.
Appeal dismissed.